

FILED
CLERK, U.S. DISTRICT COURT
JUN 19 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  vs.  <br>  Mario Infante,  <br>  Defendant. | Case No.: 15-MJ-1162  <br>  ORDER OF DETENTION AFTER HEARING  <br>  [Fed.R.Crim.P. 32.1(a)(6);  <br>  18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the absence of verified background information, including information regarding community ties, employment, and identification of available sureties

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _defendant's prior criminal history, history of non-compliance, and alleged gang ties._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 19, 2015

_Carla M. Woehrle_
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE